

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2019

No. 04-17-00811-CV

Richard O. **WEED**, Timothy A. Weed, and Rees R. Oliver, III,
Appellants

v.

**FROST BANK**, Individually and as Independent Executor of the Estate of Rees R. Oliver, Jr.
Deceased,
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-2024A
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice[1]
            Patricia O. Alvarez, Justice

Beth Watkins and the Law Office of Beth Watkins d/b/a Watkins Law d/b/a Watkins Appeals PLLC has filed an Agreed Motion to Substitute Counsel, seeking to withdraw from representation of appellants and to substitute Shannon K. Dunn and the Law Office of Shannon Dunn, PLLC as lead counsel for appellants. The Agreed Motion to Substitute Counsel is GRANTED.

It is ORDERED that Shannon K. Dunn and the Law Office of Shannon Dunn, PLLC are substituted as lead counsel for Appellants Richard O. Weed, Timothy A. Weed, and Rees R. Oliver, III. It is further ORDERED that Beth Watkins and the Law Office of Beth Watkins d/b/a Watkins Law d/b/a Watkins Appeals PLLC are withdrawn from representing appellants.

The Clerk of this Court is directed to remove the following e-mail addresses from the e-service circulation list in this cause:

Beth@WatkinsAppeals.com
Beth.Watkins@WatkinsAppeals.com, and

---

[1] Not participating

Stephanie@WatkinsAppeals.com.

The Clerk of this Court is further directed to add to the e-service circulation list in this cause the following email address: Shannon@ShannonDunnLaw.com.

It is so ORDERED on January 4, 2019.

PER CURIAM

ATTESTED TO: _____

KEITH E. HOTTLE,
Clerk of Court